IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

**JORY QUINN**  **CIVIL ACTION NO.** 22-3492

**VERSUS**

**FEDERAL INSURANCE COMPANY,**
**FAST FREIGHT TRUCKING, INC.**
**and YOSVANY LOPEZ PEREZ**  **JURY DEMAND**

## PLAINTIFF'S ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **Jory Quinn**, who respectfully represents as follows:

## PARTIES

1.

Plaintiff, **Jory Quinn**, is a person of the full legal age of majority, domiciled in the Parish of Tangipahoa, State of Louisiana.

2.

Made defendants herein are:

a) **Federal Insurance Company**, a foreign insurer, incorporated and having its principal place of business in the State of New Jersey. Its principal place of business is located at 202b Hall's Mill Road, Whitehouse Station, NJ 08889, and it is authorized to do and doing business in the State of Louisiana;

b) **Fast Freight Trucking, Inc.,** a foreign corporation having its principal place of business in Hialeah, Florida. Its principal place of business is location at 795 W. 74 Place, Hialeah, Florida, 33014; and

c) **Yosvany Lopez Perez,** a person of the full age of majority domiciled in

1

Miami, Florida.

## JURISDICTION AND VENUE

3.

This Court has jurisdiction over this dispute pursuant to 28 U.S.C. §1332 because Plaintiff is diverse in citizenship from all of the defendants, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.

Pursuant to 28 U.S.C. §1391(b)(2), venue is proper in this Court because a substantial part of the events or omissions giving rise to the claims occurred in the Parish of Tangipahoa, Louisiana, within the Eastern District of Louisiana.

## FACTUAL BACKGROUND

5.

On or about December 15, 2021, plaintiff, Jory Quinn, was operating a 2020 Chevrolet Malibu Car eastbound on US 190, near the intersection of LA 445, in Tangipahoa Parish, State of Louisiana.

6.

Defendant, Yosvany Lopez Perez, was driving a 2016 International truck and trailer, owned by Fast Freight Trucking, Inc., and insured by Federal Insurance Company, westbound on US 190, near the intersection of LA 445, in Tangipahoa Parish, State of Louisiana.

7.

Defendant, Yosvany Lopez Perez, who was driving a commercial truck, disregarded the yield on the green signal while attempting to make a left turn onto LA 445, and crashed into the

2020 Chevrolet Malibu being driven by Jory Quinn.

8.

As a result of the severe crash, plaintiff, Jory Quinn, was thrust violently about the vehicle and sustained personal injuries.

**DEFENDANT YOSVANY LOPEZ PEREZ**

9.

The accident was caused solely by the negligence and/or fault of Yosvany Lopez Perez, in the following non-exclusive particulars:

a) Failing to maintain control of and carelessly operating his vehicle;
b) Being inattentive and failing to see what he should have seen;
c) Failing to yield;
d) Failing to follow the traffic ordinances of the Parish of Tangipahoa, State of Louisiana;
e) Failing to act reasonably to avoid the accident; and
f) Failing to take evasive measures to avoid striking vehicles that were lawfully occupying the roadway.

**DEFENDANT FAST FREIGHT TRUCKING, INC.**

10.

At the time of the accident, the 2016 International truck and trailer was being operated by Yosvany Lopez Perez while Lopez Perez: (a) was in the course and scope of his employment with Fast Freight Trucking, Inc.; (b) while Lopez Perez and Fast Freight Trucking, Inc. were insured by Federal Insurance Company; (c) and while Lopez Perez was a permissive driver and authorized user of the 2016 International truck and trailer.

11.

Defendant, Fast Freight Trucking, Inc., as employer, is liable: (a) for the actions of its employee, Yosvany Lopez Perez, who was acting in the course and scope of his employment at

the time of the accident; and (b) Fast Freight Trucking, Inc. is guilty of independent negligence for failing to properly train and supervise its employee-driver, Yosvany Lopez Perez.

## **DEFENDANT FEDERAL INSURANCE COMPANY**

12.

At all times pertinent hereto, (a) Federal Insurance Company had in full force and effect a policy of liability insurance issued to Fast Freight Trucking, Inc. that provided coverage for the liability and damages arising from this collision, rendering Federal Insurance Company liable *in solido* or jointly to plaintiff for all damages she has sustained, and (b) there are no exclusions or limitations that would preclude or vitiate coverage for plaintiff's damages.

## **DAMAGES**

13.

Plaintiff, Jory Quinn, itemizes her damages as follows and sues for amounts as are reasonable in the premises:

a) Physical injury and impairment of function;
b) Pain and suffering - past, present, and future;
c) Mental anguish - past, present, and future;
d) Loss of enjoyment of life - past, present, and future;
e) Loss of Wages and impairment of future earning capacity;
f) Permanent disability;
g) Doctor, medical, hospital, and pharmaceutical expenses - past, present and future; and
h) Damage and loss of value to the vehicle and other personal property.

14.

Plaintiff's damages exceed $75,000, exclusive of interest and costs, the minimum jurisdictional amount for claims brought pursuant to diversity of citizenship of this Court.

15.

Plaintiff prays for a trial by jury.

WHEREFORE, PLAINTIFF PRAYS for judgment in her favor and against defendants in a reasonable amount in the premises, plus legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and all other general and equitable relief as allowed by law.

By attorneys:

*s/Darrel J. Papillion*
Darrel J. Papillion (#23243)(T.A.)
Jennifer Wise Moroux (#31368)
Renee C. Crasto (#31657)
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: Papillion@lawbr.net
moroux@lawbr.net
crasto@lawbr.net

-And-

**PARKER LAYRISSON LAW FIRM**
J. Parker Layrisson (Bar Roll No. 28120)
Meghan E. Notariano (Bar Roll No. 37248)
P.O. Box 1860
200 E. Hickory Street
Ponchatoula, LA 70454
Phone: (985) 467-9525
Fax:    (985) 247-8214
parker@layrisson.com
meghan@layrisson.com
file@layrisson.com

*Counsel for Plaintiff Jory Quinn*